IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIDTFELDT,<br><br>           Plaintiff,<br><br>    vs.<br><br>JAMES DAUGHERTY, Revenue Officer;<br>INTERNAL REVENUE SERVICE,<br>U.S. TREASURY,<br><br>           Defendants. | **8:13CV120**<br><br>**ORDER** |

    This matter is before the court on its own motion. By order dated January 31, 2014, the plaintiff was granted 14 days in which to file proofs of service with the Clerk of Court. Filing No. 10, Memorandum and Order at 2. He was advised that failure to do so would result in immediate dismissal. *Id.* That time has elapsed and the plaintiff has not filed proofs of service. Accordingly,

    IT IS ORDERED:

    1.    This action is dismissed.

    2.    A judgment of dismissal will issue this date.

    DATED this 10th day of March, 2014.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          United States District Judge